**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ORTHOSIE SYSTEMS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **GEOTAB USA, INC.,** <br><br> Defendant. | **CIVIL ACTION NO.: 2:15-cv-1679** <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Orthosie Systems, LLC moves to voluntarily dismiss Defendant Geotab USA, Inc. WITH prejudice.  The opposing party has not served an answer or a motion for summary judgment.

February 4, 2016

Respectfully Submitted,

By: /s/ Ronald W. Burns
Ronald W. Burns
Texas State Bar No. 24031903
Ronald W. Burns, Esq.
15139 Woodbluff Drive
Frisco, Texas  75035
Phone:  972-632-9009
rburns@burnsiplaw.com

**ATTORNEY FOR PLAINTIFF
ORTHOSIE SYSTEMS, LLC**

[1]

[2]

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 4th day of February, 2016.

                                              /s/ Ronald W. Burns
                                                Ronald W. Burns, Esq.